**Rowan R. KLOPPE and Phyllis Kloppe, Co–Trustees of the Second Amendment of Indenture of Pearl Church, Appellant,**

v.

**BOONE NATIONAL SAVINGS & LOAN d/b/a Edward Jones Trust Company, and Michael Gibbons, Jr., as Personal Representative of the Estate of Esther Woods, Respondent.**

No. ED 83554.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 15, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 10, 2004.

Application for Transfer Denied
Sept. 28, 2004.

Appeal from the Circuit Court of St. Louis County; Kenneth M. Romines, Judge.

Brian A. Bild, St. Louis, MO, for appellant.

Daniel V. Conlisk, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, C.J., GEORGE W. DRAPER III, J., GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Rowan R. Kloppe, et al. (hereinafter, "Appellant") brought suit against Esther Wood (hereinafter, "Esther"), Geri Lynn Dowdy, and Edward Jones alleging Esther breached her fiduciary duty and committed constructive fraud with regard to Pearl Church and her trust. The trial court denied Appellant's motion for summary judgment, and at the close of Appellant's evidence, issued its judgment as a matter of law against Appellant.

We have reviewed the briefs of the parties and the record on appeal. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).